JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DEMARAIS JONES, | No. CV 12-10176-SVW (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| HEIDI M. LACKNER, et al., | |
| Respondents | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: June 16, 2014

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE